IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>**MDL No. 2570** |

This Document Relates to Plaintiff(s)
ERIC HARRIER
APRILE HARRIER

Civil Case #   1:19-cv-979

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Eric Harrier

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Aprile Harrier

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Florida

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Florida

6. Plaintiff's/Deceased Party's current state of residence:

Michigan

7. District Court and Division in which venue would be proper absent direct filing:

Michigan Eastern District Court

8. Defendants (Check Defendants against whom Complaint is made):

- ✓ Cook Incorporated
- ✓ Cook Medical LLC
- ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

- Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Jurisdiction: Paragraphs 6 through 26

Venue: Paragraphs 27 through 28

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ✓ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum

Other:

11. Date of Implantation as to each product:

September 4, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

Sacred Heart Hospital, Pensacola, Florida

13. Implanting Physician(s):

Dr. Harry R. Cramer (Surgeon/Provider)

14. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Failure to Warn
- ✓ Count II: Strict Products Liability – Design Defect
- ✓ Count III: Negligence
- ☐ Count IV: Negligence Per Se

3

- ✓ Count V: Breach of Express Warranty
- ✓ Count VI: Breach of Implied Warranty
- ✓ Count VII: Violations of Applicable <u>Michigan</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ✓ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ✓ Count XI: Punitive Damages
- ✓ Other: <u>Manufacturing Defect</u> (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

<u>Defendants manufactured, prepared, compounded, assembled, processed, marketed, labeled, distributed, and sold the Celect® Filter that was implanted into Plaintiff. The Cook Celect® Filter implanted in Plaintiff contained a manufacturing defect when it left the Defendants' possession.  The device differed from said Defendants' intended result and/or from other ostensibly identical units of the same product line. Plaintiff and Plaintiff's health care providers used the device in a manner that was reasonably foreseeable to Defendants.  As a result of this condition, the product injured Plaintiff and failed to perform as safely as the ordinary consumer would expect when used in a reasonably foreseeable manner. The Cook Celect®'s defect was a substantial factor in causing Plaintiff's harm. As a direct and proximate result of the Cook Celect®</u>

Filter's manufacturing defect, Plaintiff has suffered and will continue to suffer serious physical injuries, economic loss, loss of enjoyment of life, disability, and other losses, in an amount to be determined at trial.

15. Attorney for Plaintiff(s):

C. Moze Cowper, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

C. Moze Cowper (NJ #00452001) (TX #24095180) (DC #1048045)

Cowper Law LLP

10880 Wilshire Boulevard, Suite 1840

Los Angeles, California 90024

    Respectfully submitted,

    /s/ C. Moze Cowper
    C. Moze Cowper
    (NJ #00452001)
    (TX #24095180)
    (DC #1048045)
    **COWPER LAW LLP**
    10880 Wilshire Boulevard
    Suite 1840
    Los Angeles, California 90024
    Telephone: 877.529.3707
    Facsimile: 877.284.0980
    mcowper@cowperlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 9, 2019**, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the

Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ C. Moze Cowper